IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA :
:
v. : 1:13CR109-1
:
JOSHUA ALEXANDER HOVIS :

The Grand Jury charges:

On or about October 25, 2012, in the County of Rowan, in the Middle District of North Carolina, JOSHUA ALEXANDER HOVIS, having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in commerce and affecting commerce a firearm, that is, an ISSC .22 LR caliber handgun; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

_____
TERRY M. MEINECKE
ASSISTANT UNITED STATES ATTORNEY

_____
RIPLEY RAND
UNITED STATES ATTORNEY